Case No. SC 19-00452

Plaintiff: Fabian Thomas

vs.

Defendant(s): Tonya Macon & United Airlines

Defendant(s) Address for Service: 233 S. Wacker Dr. #430, Chicago, IL 60606

Name of Registered Agent (if proprietorship, partnership or corporation): United Airlines Inc c/o 1999 Bryant St. #900 Dallas, TX 75201

IN THE JUSTICE COURT
PRECINCT TWO
DENTON COUNTY, TEXAS

FILED 2019 JAN 07 PM 3:23
JUSTICE OF THE PEACE PCT 2

AMENDED

**PETITION: SMALL CLAIMS CASE**

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:

Defendant Tonya Macon acting as an Employee/agent for United Airlines stated she would place the Plaintiff on her companion pass if payment of $2,000.00 were given to her. Plaintiff gave defendant $1,930.00 and defendant did not place plaintiff on her companion pass. Defendant later stated that she sold the ticket to another individual and refuses to reimburse plaintiff.

**RELIEF:** Plaintiff seeks damages in the amount of $1930.00 and/or return of personal property as described as follows (be specific): _____

_____, which has a value of $_____.

Additionally, plaintiff seeks the following: COURT COSTS

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are: _____

☐ I give my consent for the answer and any other motions or pleadings to be sent to my email address which is: _____

Petitioner's Printed Name: Fabian Thomas

Signature of Plaintiff or Attorney: [signed] Thomas

**DEFENDANT(S) INFORMATION (if known):**
DATE OF BIRTH: 11-13-1969
LAST 3 NUMBERS OF DRIVER LICENSE: 858
LAST 3 NUMBERS OF SOCIAL SECURITY: ___
PHONE NUMBER: 214-642-1015

Street Address of Plaintiff's Attorney, if any, or Plaintiff if none: P.O. Box 561227

City/State/Zip: The Colony, TX 75056

Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none: (214) 300-8756