# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FABIAN A. THOMAS § | |
| § | Civil Action No. 4:19-CV-164 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| TONYA MACON and UNITED AIRLINES, § | |
| INC. § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Came on for consideration Plaintiff's "Motion to Dismiss without Prejudice" ("Motion") (Dkt. #26) filed in this cause by Plaintiff Fabian A. Thomas, wherein he requests to withdraw all claims against Defendants Tonya Macon and United Airlines, Inc., and further requests to withdraw his "Motion to Remand" (Dkt. #10) previously filed before the Court. The Court, having considered the Motion, determines that the Motion should be **GRANTED.** It is therefore

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Remand (Dkt. #10) is hereby withdrawn. It is further,

**ORDERED, ADJUDGED, AND DECREED** that all claims Plaintiff asserted, or could have asserted, against Defendants in this lawsuit are hereby **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 10th day of June, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE